**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 12-1147-JFW (FMOx)** | Date: September 11, 2012 |
| Title: | RLI Insurance Company *-v-* HECNY Shipping Ltd. Corp, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

     In the Notice of Settlement filed on September 10, 2012, Dkt. No. 37, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **October 25, 2012**. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **October 25, 2012**. Thereafter, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.